HERBERT R. KUHN *v.* SAUL A. SADINSKY ET AL. (13458)

O'CONNELL, LAVERY and LANDAU, Js.

Argued February 14—decision released March 14, 1995

*Richard D. Haviland,* for the appellants (defendants).

*William C. Kollman II,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.